## Exhibit List

**Exhibit A** March 26, 2007, 2006 Arbitrator's Decision

**Exhibit B** Dr. Hussain's November 16, 2007 Federal Labor Relations Authority ("FLRA") charge against the Agency to enforce the March 26, 2007, 2006Arbitration Order.

**Exhibit C** July/August 2006 Information Request Form, re: Dr. Hussain's work performance, completed by Dr. Jo Ann Manning

**Exhibit D** December 7, 2005 Medical Staff Appointment Reference Form, re: Dr. Hussain's work performance, completed by Dr. Jo Ann Manning

**Exhibit E** October 8, 2007 "Privileges Query" from "Staff Care" to Dr. Manning, re: Dr. Hussain's work performance

**Exhibit F** October 25, 2007 e-mail from Dr. Hussain's counsel, Dawn V. Martin, Esquire, to Agency counsel, Melissa Mack, Esquire, marked "urgent," requesting that Agency respond to Staff Care's October 8, 2007 information request to avoid additional EEO charges and damages for Dr. Hussain's loss of employment with George Washington Hospital Center

**Exhibit G** Dr. Brenner's e-mail stating his willingness to testify on Dr. Hussain's behalf in his litigation against the Agency.

**Exhibit H** Transcript of July 22, 2004 Hearing before U.S. District Court for the District of Columbia, Judge Ellen Segal Huvelle,

**Exhibit I** November 28, 2006 Arbitration Hearing Transcript, Testimony of Dr. Manning

**Exhibit J** December 7, 2006 Arbitration Hearing Transcript, Testimony of Dr. Barth

**Exhibit K** November 29, 2006 Arbitration Hearing Transcript, Testimony of Mr. Richard Settle, union representative