**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **MOHAMMED HUSSAIN**, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil No. **PJM 07-3370** |
| | * | |
| **GORDON H. MANSFIELD,** | * | |
| **ACTING SECRETARY** | * | |
| **DEPARTMENT OF VETERAN AFFAIRS** | * | |
| | * | |
| Defendant. | * | |

**FINAL ORDER OF JUDGMENT**

It is for the reasons stated in open court on this 15th day of October, 2008,

**ORDERED**:

1. Defendant's Motion for Summary Judgment  [Paper No. 16-1] is **GRANTED**;

2. Defendant's Motion to Dismiss [Paper No. 16-2] is **MOOT**;

3. Plaintiff's Cross-Motion for Summary Judgment is **DENIED**;

4. Final Judgment is **ENTERED** in favor of Defendant and against Plaintiff; and

5. The Clerk of the Court is directed to **CLOSE** this case.

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE